IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER HAMBURG, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-10-2186 |
| § | |
| § | |
| UNITED STATES POSTAL SERVICE, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with this court's memorandum and opinion of the same date, this action is dismissed for lack of subject-matter jurisdiction.

SIGNED on October 20, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge